IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RENARDO NEHEMIAH LEWIS ) <br> LUBREEZE LEWIS-[FRANKLIN], ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> CITY OF MARIETTA, DAN ) <br> FLYNN; ENRIQUE MALLEN; ) <br> JOSHUA MADISON; STACEY ) <br> FOWLER; NOAH MACK; ) <br> SHERIFF NEIL WARREN; ) <br> MUHAMMED IFTIKHAR; ) <br> IFTIKHAR ENTERPRISES, INC.; ) <br> DAVID VANZANT; JOSEPH ) <br> SUDDERTH and JOHN DOE(S) ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO.: <br> 1:21-CV-01883-ELR |

## **DEMAND FOR JURY TRIAL**

COME NOW Defendants Muhammed and Iftikhar Enterprises, Inc., and, pursuant to the Federal Rules of Civil Procedure, respectfully request a trial by six-person jury on all issues so triable.

Respectfully submitted,

This 4th day of June, 2021.

                        **FAIN MAJOR & BRENNAN, P.C.**

                        */s/ Thomas E. Brennan*

| | |
|---|---|
| One Premier Plaza | THOMAS E. BRENNAN |
| 5605 Glenridge Dr. N.E., Suite 900 | Georgia Bar No. 079754 |
| Atlanta, GA 30342 | W. JASON PETTUS |
| (404) 688-6633 | Georgia Bar No. 140852 |
| tbrennan@fainmajor.com | *Counsel for Defendants Muhammed* |
| jpettus@fainmajor.com | *Iftikhar and Iftikhar Enterprises, Inc.* |

## **CERTIFICATION**

Pursuant to L.R. 7.1(D) N.D.Ga., I certify that this document has been prepared in Times New Roman Font 14 point, as approved by the Court in L.R. 5.1C, N.D.Ga.

**FAIN, MAJOR & BRENNAN, P.C.**

BY: */s/ THOMAS E. BRENNAN*
     THOMAS E. BRENNAN
     Georgia State Bar No. 079754

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RENARDO NEHEMIAH LEWIS ) <br> LUBREEZE LEWIS-[FRANKLIN], ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> CITY OF MARIETTA, DAN ) <br> FLYNN; ENRIQUE MALLEN; ) <br> JOSHUA MADISON; STACEY ) <br> FOWLER; NOAH MACK; ) <br> SHERIFF NEIL WARREN; ) <br> MUHAMMED IFTIKHAR; ) <br> IFTIKHAR ENTERPRISES, INC.; ) <br> DAVID VANZANT; JOSEPH ) <br> SUDDERTH and JOHN DOE(S) ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO.: <br> 1:21-CV-01883-ELR |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the foregoing **Jury Demand** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record who are CM/ECF system participants, and mail a paper copy of same mailed by the Unites States Postal

Service, first-class, postage prepaid, to parties and counsel of record who are non-CM/ECF participants, properly address upon:

Kamau Mason
LAW OFFICES OF KAMAU MASON & ASSOCIATES
3036 Woodrow Drive
Lithonia, GA 30038
*Co-Counsel for Plaintiffs*

Sarah Flack
SARAH FLACK LAW, LLC
1100 Peachtree Street NE, Suite 250
Atlanta, GA 30309
*Co-Counsel for Plaintiffs*

C. Victor Long
P.O. Box 310928
Atlanta, GA 30331
*Co-Counsel for Plaintiffs*

Lauren S. Bruce
Hugh W. Rowling, Jr.
COBB COUNTY ATTORNEY'S OFFICE
100 Cherokee Street, Suite 350
Marietta, GA 30090
*Counsel for Defendant Sheriff Owens*

Philip Wade Savrin
Sun S. Choy
Sara E. Brochstein
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
*Counsel for Defendants City of Marietta, Dan Flynn, Joshua Madison, Enrique Mallen, Stacy Fowler and Noah Maack*

This 4th day of June, 2021.

                                        **FAIN MAJOR & BRENNAN, P.C.**

                                        */s/ Thomas E. Brennan*
                                        THOMAS E. BRENNAN

One Premier Plaza                     Georgia Bar No. 079754
5605 Glenridge Dr. N.E., Suite 900   W. JASON PETTUS
Atlanta, GA 30342 (404) 688-6633   Georgia Bar No. 140852
tbrennan@fainmajor.com            *Counsel for Defendants Muhammed*
jpettus@fainmajor.com             *Iftikhar and Iftikhar Enterprises, Inc.*